AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) St. John, Stephen C. | 2. Court or Organization U.S. Bankruptcy Court, Eastern District of Virginia | 3. Date of Report 05/08/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

600 Granby Street
4th Floor
Norfolk, Virginia 23510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Planning Committee | Mid-Atlantic Bankruptcy Conference, Virginia Continuing Legal Education |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northern Virginia Bar Association | June 22-23, 2016 | Arlington, Virginia | to appear in CLE seminar | travel, lodging, and meals |
| 2. | Virginia Law Foundation | September 15-16, 2016 | Charlottesville, Virginia | to appear in CLE seminar | travel, lodging, and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase Bank | Credit Card | J |
| 2. | Bank of America | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank, N.A. Cash Account | A | Interest | J | T | | | | | |
| 2. BB&T Bank Trust Department IRA (H) | D | Int./Div. | N | T | | | | | |
| 3. -Sterling Capital Cash Account | A | Interest | J | T | | | | | |
| 4. -Sterling Capital Total Return Bond Fund | B | Dividend | K | T | Sold (part) | 01/28/16 | J | | |
| 5. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 6. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 7. -PIMCO Foreign Bond Fund Class I | A | Dividend | | | Sold (part) | 01/28/16 | J | | |
| 8. | | | | | Sold | 05/23/16 | J | | |
| 9. -Sterling Capital Mid Value Fund | | None | | | Buy (add'l) | 01/28/16 | J | | |
| 10. | | | | | Sold | 05/23/16 | J | | |
| 11. -Sterling Capital Equity Income Fund | A | Dividend | J | T | Buy (add'l) | 01/28/16 | J | | |
| 12. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 13. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 14. -Sterling Capital Special Opportunities Fd. | | None | | | Buy (add'l) | 01/28/16 | J | | |
| 15. | | | | | Sold | 05/23/16 | J | A | |
| 16. -CSX Corporation common stock | A | Dividend | K | T | | | | | |
| 17. -Federated MDT Small Cap Growth Fund | A | Dividend | J | T | Buy (add'l) | 01/28/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 19. | | | | | Sold (part) | 09/26/16 | J | A | |
| 20. -Forward Salient Intl. Small Cap Institutional Fund (see Part VIII) | A | Dividend | J | T | Sold (part) | 01/28/16 | J | | |
| 21. | | | | | Sold (part) | 05/23/16 | J | A | |
| 22. -Goldman Sachs Growth Opportunity Fund | A | Dividend | J | T | Buy (add'l) | 01/28/16 | J | | |
| 23. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 24. | | | | | Sold (part) | 09/26/16 | J | A | |
| 25. -Harding Loevner International Equity Fund | A | Dividend | J | T | Sold (part) | 01/28/16 | J | A | |
| 26. | | | | | Sold (part) | 05/23/16 | J | A | |
| 27. -Lazard Emerging Markets Portfolio Fund | A | Dividend | J | T | Buy (add'l) | 01/28/16 | J | | |
| 28. | | | | | Sold (part) | 05/23/16 | J | | |
| 29. | | | | | Sold (part) | 09/26/16 | J | A | |
| 30. -Oppenheimer Developing Markets Fund | A | Dividend | J | T | Sold (part) | 01/28/16 | J | | |
| 31. | | | | | Sold (part) | 05/23/16 | J | | |
| 32. | | | | | Sold (part) | 09/26/16 | J | A | |
| 33. -Virtus Quality Small Cap Fund | A | Dividend | J | T | Buy (add'l) | 01/28/16 | J | | |
| 34. | | | | | Buy (add'l) | 05/23/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 36. -Doubleline Total Return Bond Fund | B | Dividend | K | T | Buy (add'l) | 01/28/16 | J | | |
| 37. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 38. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 39. -Metropolitan West Total Return Bond Fund | A | Dividend | K | T | Buy (add'l) | 01/28/16 | J | | |
| 40. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 41. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 42. -Sterling Capital Corporate Fund-I | A | Dividend | | | Sold (part) | 01/28/16 | J | | |
| 43. | | | | | Sold | 05/23/16 | J | | |
| 44. -Neuberger Berman Strategic Income Fund-I | A | Dividend | J | T | Buy (add'l) | 01/28/16 | J | | |
| 45. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 46. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 47. -Hotchkis & Wiley High Yield Fund-I | A | Dividend | J | T | Sold (part) | 01/28/16 | J | | |
| 48. | | | | | Sold (part) | 05/23/16 | J | | |
| 49. | | | | | Sold (part) | 09/26/16 | J | | |
| 50. -PIMCO Real Return Fund-Inst. Fund | A | Dividend | J | T | Sold (part) | 01/28/16 | J | | |
| 51. | | | | | Buy (add'l) | 05/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 53. -Causeway International Value-Ins | A | Dividend | J | T | Sold (part) | 01/28/16 | J | | |
| 54. | | | | | Sold (part) | 05/23/16 | J | | |
| 55. | | | | | Sold (part) | 09/26/16 | J | | |
| 56. -Natixis Loomis Say Growth Fund | A | Dividend | J | T | Buy (add'l) | 01/28/16 | J | | |
| 57. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 58. | | | | | Sold (part) | 09/26/16 | J | A | |
| 59. -Vanguard 500 Index Fund | A | Dividend | K | T | Buy (add'l) | 01/28/16 | J | | |
| 60. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 61. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 62. -Morgan Stanley Institutional Fund | A | Dividend | J | T | Buy | 05/23/16 | J | | |
| 63. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 64. -Touchstone Mid Cap Value Fund | A | Dividend | J | T | Buy | 05/23/16 | J | | |
| 65. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 66. -Vanguard Developed Markets Index Fund | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 67. | | | | | Sold (part) | 05/23/16 | J | A | |
| 68. BB&T Bank Cash Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo Advisors Cash Account | A | Interest | K | T | | | | | |
| 70. TD Ameritrade IRA (H) | B | Int./Div. | K | T | | | | | |
| 71. -T. Rowe Price Personal Strategy Growth Mutual Fund | B | Dividend | K | T | | | | | |
| 72. -Cash Account | A | Interest | J | T | | | | | |
| 73. Wells Fargo Advisors Brokerage Account (H) | E | Int./Div. | O | T | | | | | |
| 74. -American Electric Power Inc. common stock | A | Dividend | J | T | | | | | |
| 75. -Wells Fargo Advisors Cash Account | A | Interest | J | T | | | | | |
| 76. -FirstEnergy Corporation common stock | A | Dividend | J | T | | | | | |
| 77. -Exxon Mobil Corporation common stock | A | Dividend | J | T | | | | | |
| 78. -Dominion Resources Incorporated common stock | D | Dividend | M | T | | | | | |
| 79. -Ameren Corporation common stock | A | Dividend | K | T | | | | | |
| 80. -Entergy Corporation common stock | B | Dividend | K | T | | | | | |
| 81. -Avangrid common stock (f/k/a UIL Holdings Corporation common stock) | A | Dividend | K | T | | | | | |
| 82. -Spectra Energy Corporation common stock | A | Dividend | K | T | | | | | |
| 83. -Exelon Corporation common stock | B | Dividend | K | T | | | | | |
| 84. -PEPCO Holdings Incorporated common stock | | None | | | Sold | 03/28/16 | K | D | |
| 85. -Scana Corporation common stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Federated High Income Bond Fund | A | Dividend | J | T | | | | | |
| 87. -Duke Energy Corporation common stock | B | Dividend | K | T | | | | | |
| 88. -The Southern Company common stock | C | Dividend | L | T | | | | | |
| 89. Massachusetts Mutual Life Insurance Co. (Cash Value Policy) | D | Dividend | M | T | | | | | |
| 90. BB&T Cash Account | A | Interest | M | T | | | | | |
| 91. BB&T Bank Cash Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| St. John, Stephen C. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 20: The asset now listed as Forward Salient Intl. Small Cap Institutional Fund was formerly known as Forward International Small Companies Institutional Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/08/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Stephen C. St. John**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544